UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VERA JIMENEZ,<br><br>          Plaintiff,<br><br>v.<br><br>R. SAMBRANO, *et al.*,<br><br>          Defendants. | Civil No. 04cv1833-L(PCL)<br><br>**ORDER (1) SUSTAINING IN PART AND OVERRULING IN PART PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION, AND (2) REJECTING REPORT AND RECOMMENDATION** |

Plaintiff Alberto Vera Jimenez, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this action under 42 U.S.C. § 1983.  The case was referred to United States Magistrate Judge Peter C. Lewis for a report and recommendation in accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3.

Plaintiff filed a motion styled as Notice of Motion: Discovery; Supporting Facts ("Motion").  (*See* Docket No. 78.)  The Magistrate Judge construed Plaintiff's motion as a request for a temporary restraining order against Defendants, and issued a Report and Recommendation Denying Plaintiff's Motion for Injunctive Relief ("Report and Recommendation").  Plaintiff filed objections to the Report and Recommendation ("Objections"), to which Defendants did not respond.  For the reasons which follow, Plaintiff's Objections are **SUSTAINED IN PART AND OVERRULED IN PART**.  The Report and Recommendation is **REJECTED**.

The District Court has jurisdiction to review a Magistrate Judge's report and recommendation concerning a dispositive pretrial motion. Fed. R. Civ. P. 72(b). "The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." *Id.; see also* 28 U.S.C. § 636(b)(1)(C). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

Plaintiff objected to the Report and Recommendation on the grounds he did not request a temporary restraining order, but instead intended to address discovery issues. (Objections at 1-2.) In this regard, Plaintiff's Objections are well taken. Although Plaintiff's Motion refers to the relief he requested in his amended complaint, including request for injunctive relief, damages and attorneys' fees, the Motion expressly states Plaintiff's intent is to bring certain allegations to the Magistrate Judge's attention for purposes of discovery. (*See* Motion at 1 & 7.) To this extent, Plaintiff's Objections are sustained. The Report and Recommendation is rejected. Plaintiff's Motion is referred to the Magistrate Judge for consideration as a non-dispositive pretrial matter pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a).

To the extent Plaintiff's Objections include requests for rulings other than adopting, modifying or rejecting the Report and Recommendation, they are not properly before the court. In addition to objecting to the Report and Recommendation, Plaintiff requests reconsideration of the Magistrate Judge's denial of five of his prior discovery motions (Docket No. 60, 62, 64, 68 & 82),[1] transfer to another institution, appointment of counsel, denial of Defendants' qualified immunity defense, and clarification of a prior order.[2] Accordingly, in this regard, Plaintiff's Objections are overruled.

---

[1] If Plaintiff intended his Objections to the Report and Recommendation to also serve as objections to the Magistrate Judge's August 18, 2006 order denying Plaintiff's discovery motions, they are denied as untimely. *See* Fed. R. Civ. P. 72(a).

[2] Plaintiff requests clarification of the March 30, 2006 order with respect to the status of the various Defendants. As stated in the order, only Defendant Ryan has been dismissed from the action. All other named Defendants remain.

1 | For the foregoing reasons, **IT IS HEREBY ORDERED** as follows:

2 |    1. Plaintiff's Objections are **SUSTAINED IN PART AND OVERRULED IN PART**.

3 |    2. The Report and Recommendation is **REJECTED**.

4 |    3. Plaintiff's Notice of Motion: Discovery; Supporting Facts (docket no. 78.) is **REFERRED** to Magistrate Judge Peter C. Lewis for consideration as a non-dispositive pretrial matter pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a).

   **IT IS SO ORDERED**.

DATED: April 5, 2007

                                            M. James Lorenz
                                            United States District Court Judge

COPY TO:

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL