UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO VERA JIMENEZ, | ) | Civil No. 04cv1833 L (PCL) |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL (Doc. No. 146.)** |
| R. SAMBRANO, et al., | ) ) | |
| Defendants. | ) ) | |

Alberto Vera Jimenez ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, has filed a third motion for appointment of counsel. (Doc. No. 146.) District courts have discretion, pursuant to 28 U.S.C. § 1915(e)(1), to appoint counsel for indigent litigants upon a showing of exceptional circumstances. Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both the 'likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.' Neither of these issues is dispositive and both must be viewed together before reaching a decision." Id. (quoting Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986)).

Here, for the third time, Plaintiff has failed to address either issue. Plaintiff's motion is DENIED.

IT IS SO ORDERED.

DATED: November 16, 2007

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: The Honorable M. James Lorenz
    All Counsel of Record