UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO VERA JIMENEZ,            )  | Civil No. 04cv1833-L(PCL) |
| )   Plaintiff,              )  | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| v.                              )  | |
| R. SAMBRANO, *et al.*,          )  | |
| Defendants.            )  | |
| _____) | |

On May 20, 2008, Defendants lodged a proposed pretrial order which does not bear Plaintiff's signature. Civil Local Rule 16.1(f)(6) requires that the proposed pretrial order be approved as to form and content by all parties. Accordingly, the proposed pretrial order lodged on May 20, 2008 is **REJECTED**, and the pretrial conference, currently set on this court's calendar for May 27, 2008, is hereby **CONTINUED** to **June 23, 2008** at 11:00 a.m.

**IT IS HEREBY ORDERED THAT** no later than **June 16, 2008**, the parties shall lodge a proposed pretrial order which shall bear the signature of both sides, and in form and substance comply with Civil Local Rule 16.1(f)(6).

**IT IS FURTHER ORDERED THAT** Plaintiff shall inform the court in writing no later than **June 16, 2008** whether he intends to appear at the pretrial conference telephonically or in person. If Plaintiff intends to appear telephonically, he must provide the court with a telephone number where he can be reached when the pretrial conference is called on the court's calendar.

**IT IS FURTHER ORDERED THAT,** in light of Plaintiff's *pro se* status and incarceration, Defendants' counsel shall be responsible for preparing the proposed pretrial order, arranging any further meetings attendant thereto, and following up so as to assure that Plaintiff's signature, if Plaintiff approves the form and content of the proposed pretrial order, and information regarding attendance at the pretrial conference are obtained in a timely manner.

**IT IS SO ORDERED**.

DATED: May 21, 2008

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL