1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   ALBERTO VERA JIMENEZ,                )    Civil No. 04cv1833-L(PCL)
                                          )
12                    Plaintiff,          )    **ORDER DENYING DEFENDANTS'**
                                          )    **EX PARTE APPLICATION TO**
13   v.                                   )    **CONTINUE THE FINAL PRETRIAL**
                                          )    **CONFERENCE**
14   R. SAMBRANO, *et al.*,               )
                                          )
15                    Defendants.         )
                                          )
16   _____ )

17        On June 16, 2008, Defendants filed an ex parte application seeking a continuance of the

18   final pretrial conference set on this court's calendar for June 23, 2008.  For the reasons which

19   follow, the ex parte application is **DENIED**.

20        The reason given for the continuance is that Defendants' counsel will be on a prepaid

21   family vacation from June 22 through June 30, 2008 and that the arrangements for the vacation,

22   including the purchase of airline tickets, were made when the pretrial conference was scheduled

23   for May 23, 2008.  By order filed May 21, 2008, the pretrial conference was continued to June

24   23, 2008.  Since May 21, 2008 until now, Defense counsel has not informed the court of his need

25   to reschedule the pretrial conference to accommodate his vacation plans.  Although he has

26   contacted chambers at least once on a matter relating to the pretrial conference during this time,

27   he has not brought the issue of the continuance to the court's attention until now.  On June 6,

28   2008, the court issued a writ of habeas corpus ad testificandum to secure Plaintiff's attendance in

                                                                                        04cv1833

person at the pretrial conference.  A notice of this writ was sent Defendants' counsel via e-mail on the same date, however, he waited for ten days, until only five business days prior to the hearing date, to inform the court of his allegedly long-standing vacation plans.

Because of the delay in making the request and the complications that would result from having to recall the writ at this late date, the ex parte application for a continuance of the final pretrial conference is **DENIED**.  If Defendants' counsel does not wish to attend the pretrial conference, he may request his office to assign this case to another counsel for trial.  To the extent necessary or desirable, the court expects Defendants' counsel and his office to fully cooperate in the process of securing Plaintiff's attendance in person at the pretrial conference on June 23, 2008 at 11:00 a.m.


**IT IS SO ORDERED**.


DATED:  June 18, 2008

_____
M. James Lorenz
United States District Court Judge

HON. PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

2                                                                                      04cv1833