UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO VERA JIMENEZ, | ) | Civil No. 04cv1833-L (PCL) |
| Plaintiff, | ) ) | **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF, ALBERTO VERA JIMENEZ, CDCR No. H-86536** |
| v. | ) ) | |
| R. SAMBRANO, *et al.*, | ) ) | |
| Defendants. | ) ) ) | As to Alberto Vera Jimenez, CDCR No. H-86536 |

Plaintiff, ALBERTO VERA JIMENEZ, CDCR No. H-86536, a necessary and material witness and party in proceedings in this case, is confined at the Corcoran State Prison Correctional Facility in the custody of the Warden. In order to secure this inmate's attendance at the trial set on the court's calendar for August 25, 2009 in Courtroom 14 of the United States District Court for the Southern District of California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of ALBERTO VERA JIMENEZ, CDCR No. H-86536, to produce said inmate in Courtroom 14 of the United States District Courthouse, 940 Front Street, San Diego, California 92101, the Honorable M. James Lorenz presiding, on August 25, 2009 at 9:00 a.m.

/ /

/ /

**ACCORDINGLY, IT IS HEREBY ORDERED THAT**:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of Corcoran State Prison and the California Department of Corrections and Rehabilitation to produce the inmate ALBERTO VERA JIMENEZ, CDCR No. H-86536, to appear in United States District Court for the Southern District of California at the time and place above, and at the conclusion of the trial, to return the inmate to the above institution.

2. The custodian of inmate, ALBERTO VERA JIMENEZ, CDCR No. H-86536, is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Order.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of Corcoran State Prison, located at 4001 King Avenue, Corcoran, California 93212:

**YOU ARE COMMANDED** to produce inmate, ALBERTO VERA JIMENEZ, CDCR No. H-86536, to appear before the United States District Court for the Southern District of California at the time and place above, and thereafter to return the inmate to the above institution.

**FURTHER, YOU HAVE BEEN ORDERED** to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian of inmate ALBERTO VERA JIMENEZ, CDCR No. H-86536, with a copy of this writ.

**IT IS SO ORDERED**.

**IT IS SO ORDERED.**

DATE: <u>July 31, 2009</u>

_____
Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc:   The Honorable James M. Lorenz
      All Parties and Counsel of Record